Joshua Briones (SBN: 205293)
jbriones@mintz.com
Esteban Morales (SBN: 273948)
emorales@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
2029 Century Park East Suite 3100
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

Attorneys for Defendant
Dent-A-Med, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MIGUEL NAPOLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DENT-A-MED, INC.; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 2:18-CV-02994-SJO-RAO<br><br>**DEFENDANT DENT-A-MED, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES (F.R.C.P. 7.1 AND L.R. 7.1-1)**<br><br>Case Assigned to Judge S. James Otero<br>Courtroom: 10C |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Central District Local Rule 7.1-1, Defendant Dent-A-Med, Inc. states the following:

Defendant Dent-A-Med, Inc. states that it is owned by Progressive Finance Holdings, LLC, and that no publicly held corporation owns ten percent (10%) or more of its stock. Progressive Finance Holdings, LLC is owned by Aaron's, Inc., a publicly traded company.

The undersigned, counsel of record for Dent-A-Med, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case.

1  These representations are made to enable the Court to evaluate possible
2  disqualification or recusal.

3 | **PARTY** | **CONNECTION / INTEREST** |
|---|---|
4 | MIGUEL NAPOLES | Plaintiff |
5 | DENT-A-MED, INC. | Defendant |
6 | PROGRESSIVE FINANCE HOLDINGS, LLC | Parent Company |

8  Dated: May 7, 2018            MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

                                /s/ Esteban Morales
                                Joshua Briones
                                Esteban Morales

                                Attorneys for Defendant
                                Dent-A-Med, Inc.

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 2029 Century Park East, Suite 3100, Los Angeles, California 90067.

On May 7, 2018, I served true and correct copies of the following document(s) described as:

**DEFENDANT DENT-A-MED, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES (F.R.C.P. 7.1 AND L.R. 7.1-1)**

| ☒ | **TO BE SERVED VIA NOTICE OF ELECTRONIC FILING ("NEF")**:  the foregoing document will be served by the court via NEF and hyperlink to the document at the email address(es) indicated below: |
|---|---|
| | **Todd M. Friedman**  **Adrian R. Bacon**  **Meghan E. George**  Law Offices of Todd M. Friedman, P.C.  21550 Oxnard St., Suite 780  Woodland Hills, CA 91367  Phone: 877-206-4741  Fax: 866-633-0228  Email: tfriedman@toddflaw.com        abacon@toddflaw.com        mgeorge@toddflaw.com  *Counsel for Plaintiff Miguel Napoles* | **Joshua Briones**  **Esteban Morales**  Mintz Levin Cohn Ferris Glovsky and Popeo PC  2029 Century Park East  Suite 1370  Los Angeles, CA 90067  Phone: 310-586-3200  Fax: 310-586-3202  Email: jbriones@mintz.com         emorales@mintz.com  *Counsel for Defendant Dent-A-Med, Inc.* |

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 7, 2018, at Los Angeles, California.

/s/ *Esteban Morales*
Esteban Morales

77536659v.1